THE HONORABLE JAMES L. ROBART
MAGISTRATE JUDGE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-234JLR |
| Plaintiff, | |
| v. | (~~PROPOSED~~) ORDER GRANTING STIPULATED MOTION TO EXTEND INDICTMENT DEADLINE |
| ELDER ALDABERTO CACERES-COELLO, | |
| Defendant. | |



THE COURT has considered the stipulated motion to extend the indictment deadline in this matter, Mr. Caceres Coello's waiver, and the record in this case. The Court finds that it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further investigation, research, and advising of Mr. Caceres Coello, and the interest of justice is served by granting an extension to afford counsel reasonable time necessary for effective preparation and advising Mr. Caceres Coello.

IT IS ORDERED that the date on or before an indictment must be filed is extended to February 8, 2020.

DONE this 5th day of December, 2019.

_____
DISTRICT JUDGE JAMES L. ROBART
MAGISTRATE JUDGE MARY ALICE THEILER
UNITED STATES DISTRICT COURT

Presented by:
s/ *Vanessa Pai-Thompson*
Attorney for Elder Caceres Coello

(PROPOSED) ORDER GRANTING
STIPULATED MOTION TO EXTEND
INDICTMENT DEADLINE
(*USA v. Caceres-Coello*; CR19-243JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100