UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR19-234-JLR |
| Plaintiff | |
| v. | ORDER TO EXTEND TIME TO OBTAIN AN INDICTMENT |
| ELDER ADALBERTO CACERES-COELLO, | |
| Defendant. | |

This Court, having considered the Stipulated Motion and General Orders 01-20 and 02-20 suspending grand jury proceedings through June 1, 2020, as one measure to reduce the spread and health risks from COVID-19, hereby

FINDS that the interests of justice require an extension of the time period set forth in 18 U.S.C. § 3161(b) for the return of an indictment in this case.  Therefore,

IT IS ORDERED that the deadline to indict Defendant Elder Adalberto Caceres-Coello in this matter is hereby extended to July 1, 2020.

DATED this  2nd   day of April, 2020.

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:
*s/ William Dreher*
WILLIAM DREHER
Assistant United States Attorney

ORDER TO TOLL SPEEDY INDICTMENT- 1