The Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ELDER ADALBERTO CACERES-COELLO,<br><br>Defendant. | NO. CR19-234-JLR<br><br>ORDER TO EXTEND TIME TO OBTAIN AN INDICTMENT AND TOLL IADA DEADLINE |

This Court, having considered the Stipulated Motion and General Orders 01-20, 02-20, 03-20, 04-20, 07-20, and 08-20, suspending grand jury proceedings through August 3, 2020, as one measure to reduce the spread and health risks from COVID-19, hereby

FINDS that the interests of justice require an extension of the time period set forth in 18 U.S.C. § 3161(b) for the return of an indictment in this case. Therefore,

IT IS ORDERED that the deadline to indict Defendant Elder Adalberto Caceres-Coello in this matter is hereby extended to August 30, 2020.

//
//
//

ORDER TO TOLL SPEEDY INDICTMENT
AND IADA DEADLINES - 1
CR19-234JLR; ELDER ADALBERT CACERES-COELLO

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS FURTHER ORDERED that the time period between March 7, 2020, and August 3, 2020, is hereby tolled under the Interstate Agreement on Detainers Act, because the Defendant could not stand trial during that period.

DATED this __19th__ day of June, 2020.

                                              HON. JAMES L. ROBART
                                              United States District Judge

Presented by:

*s/ William Dreher*
WILLIAM DREHER
Assistant United States Attorney

ORDER TO TOLL SPEEDY INDICTMENT
AND IADA DEADLINES - 2
CR19-234JLR; ELDER ADALBERT CACERES-COELLO

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970