THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-234JLR |
| Plaintiff, | ) | |
| v. | ) ) | ORDER GRANTING FIFTH STIPULATED MOTION TO EXTEND INDICTMENT DEADLINE |
| ELDER ALDABERTO CACERES-COELLO, | ) | |
| Defendant. | ) ) ) | |

THE COURT has considered the stipulated motion to extend the indictment deadline in this matter, Mr. Caceres Coello's waiver, and the record in this case. The Court finds that it would be unreasonable to require the filing of an indictment within the period required by statute and the prior extension because of Mr. Caceres Coello's medical concerns and need for additional time to consult with counsel, and the impact of the COVID-19 pandemic on Court and Bureau of Prisons operations, and the interest of justice is served by granting an extension to afford counsel reasonable time necessary to consult with Mr. Caceres Coello.

//
//
//
//

ORDER GRANTING FIFTH
STIPULATED MOTION TO EXTEND
INDICTMENT DEADLINE
(*USA v. Caceres-Coello*; CR19-243JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

IT IS ORDERED that the date on or before an indictment must be filed is extended to October 30, 2020.

IT IS FURTHER ORDERED that time under the Interstate Agreement on Detainers Act is tolled to October 30, 2020.

DONE this 31st day of August, 2020.

_____
DISTRICT JUDGE JAMES L. ROBART
UNITED STATES DISTRICT COURT

Presented by:
s/ *Vanessa Pai-Thompson*
Attorney for Elder Caceres Coello

ORDER GRANTING FIFTH STIPULATED MOTION TO EXTEND INDICTMENT DEADLINE
(*USA v. Caceres-Coello*; CR19-243JLR) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100