THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ELDER ALDABERTO CACERES-COELLO, <br><br> Defendant. | No. CR19-234 JLR <br><br> ORDER GRANTING UNOPPOSED MOTION TO SCHEDULE GUILTY PLEA HEARING VIA VIDEOCONFERENCE |

THE COURT has considered the unopposed motion of the parties to proceed forward with a guilty plea hearing via videoconference and finds that:

(a) Under General Order 04-20, felony pleas and sentencings may proceed by video or telephone if "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." A plea hearing in this case cannot be delayed without serious harm to the interests of justice; and

(b) Mr. Caceres-Coello would like to take responsibility in this matter and resolve it in a timely fashion; and

(c) Mr. Caceres-Coello wishes to enter a plea as soon as possible in light of anticipated delay associated with the COVID pandemic and a desire to alleviate presumptive backlogged court calendars following the COVID recovery process. Mr. Caceres-Coello understands that the Court may not be as able to accommodate a timely in-person resolution of his case in the future as more cases are delayed; and

ORDER GRANTING UNOPPOSED MOTION
TO PROCEED WITH VIDEO GUILTY PLEA
HEARING
*USA v. Elder Caceres-Coello*; CR19-234JLR - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

(d) a videoconference guilty plea hearing would avoid further delays in the ultimate sentencing in this case, which would cause "serious harm to the interests of justice." See General Order No. 04-20 (3/30/20).

IT IS THEREFORE ORDERED that this matter should be set for a guilty plea hearing via videoconference at the earliest practicable date.

DONE this 8th day of December, 2020.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Elder Caceres-Coello

ORDER GRANTING UNOPPOSED MOTION
TO PROCEED WITH VIDEO GUILTY PLEA
HEARING
*USA v. Elder Caceres-Coello*; CR19-234JLR - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100