The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR19-234-JLR |
|---|---|
| Plaintiff | |
| | **ORDER GRANTING STIPULATED MOTION CONTINUING TRIAL DATE** |
| v. | |
| ELDER ADALBERTO CACERES-COELLO, | |
| Defendant. | |

Trial in this matter is scheduled to commence on January 4, 2021. The parties have reached a plea agreement and are actively attempting to schedule and hold a change-of-plea hearing at which the Defendant can enter a plea. However, because of the recent increase in COVID-19 cases in this area, including at the Federal Detention Center at SeaTac, Washington, scheduling such a change-of-plea hearing has been difficult. In addition, the ongoing COVID-19 pandemic will make it impossible to conduct a trial on January 4, 2021. As a result, the parties have submitted a joint motion to continue the trial date.

Defendant Elder Adalberto Caceres-Coello joins in the request.

///

///

///

1     The motion is GRANTED for the reasons stated in the parties' joint motion, as well as those set out in General Orders Nos. 01-20, 02-20, 03-20, 04-20, 08-20, 09-20, 11-20, 13-20, and 15-20.

    Trial of this matter is hereby CONTINUED to June 1, 2021.

    Furthermore, the Court finds that, for the reasons detailed in the parties' submission and General Orders 01-20, 02-20, 07-20, 08-20, 11-20, 13-20, and 15-20, all of which are incorporated herein by reference, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i). Therefore,

    IT IS FURTHER ORDERED that the time between January 4, 2021, and June 1, 2021, is excluded in computing the time within which trial must commence. 18 U.S.C. § 3161(h)(7)(A). Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(i).

    IT IS FURTHER ORDERED that time under the Interstate Agreement on Detainers Act is tolled to March 1, 2021.

    DATAED: December 22, 2020.

*[signature]*

The Honorable James L. Robart
U.S District Court Judge

Order Continuing Trial Date
*United States v. Caceres-Coello*, CR19-234JLR – 2